UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

JEFFREY WELTHER,

    Plaintiff,

v

SCHLOTTMAN & WAGNER, PC,
a Michigan Professional
Corporation.

    Defendant.         /

Case No. 2:14-cv-11001-SJM-MKM
Hon. Stephen J. Murphy III

## AFFIRMATIVE DEFENSES

Defendants provide the following affirmative defenses to plaintiff's complaint:

1. Statute of Limitations
2. Fraud
3. Breach of Contract
4. Not a consumer debt
5. Assumption of Obligation
6. Knowledge
7. Misrepresentation
8. Laches
9. Unclean Hands
10. Defendant reserves the right to file such other and further relief as equity and good conscience require.

Respectfully submitted,

/s/ *Thomas J. Budzynski*
Thomas J. Budzynski PC
Attorney for Defendants
43777 N. Groesbeck Hwy.
Clinton Twp., MI 48036
(586) 463-5253
lawoffice@tjbudzynskipc.com
P26355

Dated: 6/21/14

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

JEFFREY WELTHER,

    Plaintiff,

v

SCHLOTTMAN & WAGNER, PC,
a Michigan Professional
Corporation.

    Defendant.
_____/

Case No. 2:14-cv-11001-SJM-MKM
Hon. Stephen J. Murphy III

CERTIFICATE OF SERVICE
AFFIRMATIVE DEFENSES

    I hereby certify that on June 21, 2014, I electronically filed the foregoing Paper(s) with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

Gary D. Nitzkin
gnitzkin@creditor-law.com,aburdick@creditor-law.com,sarah@micreditlawyer.com,jlamanna@creditor-law.com
Travis Shackelford
Tshackelford@creditor-law.com

and I hereby certify that I have mailed by United States Postal Service the Paper(s) to the following non-ECF participants:

    /s/ Marilyn E. Lewis
    Secretary to
    Thomas J. Budzynski P26355
    Thomas J. Budzynski PC
    Attorney for Defendant
    43777 Groesbeck Hwy.
    Clinton Twp., MI 48036
    (586) 463-5253
    lawoffice@tjbudzynskipc.com

Dated: 6/21/14