UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

JEFFREY WELTHER,

       Case No. 2:14-cv-11001-SJM-MKM
   Plaintiff,       Hon. Stephen J. Murphy III
v

SCHLOTTMAN & WAGNER, PC,
a Michigan Professional
Corporation.

   Defendant.       /

ANSWER TO PLAINTIFF'S MOTION (Doc 25)
TO FILE FIRST AMENDED COMPLAINT

   Now comes Schlottman and Wagner PC, by and through counsel Thomas J. Budzynski, and in answer to the motion to amend complaint as filed herein states as follows:

   1.   It is well known and elementary that amendments should be freely granted in the interest of justice and where not intended for an improper purpose such as harassment.

   2.   The matter involved herein is a FDCPA suit on a $220.00 collection.

   3.   The suit was filed after all correspondence and documents were in fact in hand by the filing party, who had in fact received the correspondence.

   4.   The statement in the motion that the plaintiff only recently discovered that Richard Wagner had signed the correspondence is, to be generous, a stretch.  It is a fact that has been known since pre-suit.

5. That the defendant herein as named originally was and is a professional corporation. The defendant is therefore covered by MCLA 450.1285(2) which retains the individual liability of a member of a professional firm for individual acts.

6. The law is elementary, has been in effect for an extended period, at a minimum 35 years to the knowledge of this counsel.

7. To claim at this date that it was only recently discovered by a firm which claims to be expert in FDCPA cases, and which has been in existence for some time, frankly smells. It appears to be a matter of running fees.

8. The proposed defendant was known prior to filing the suit, the proposed defendant is the member of a professional corporation, a fact also known prior to filing. The proposed defendant would therefore have retained personal liability pursuant to the Michigan Corporation Act as applicable to personal liability.

9. It would appear therefore that the proper defendant may in fact be the proposed defendant, and not the current defendant under the movant's theory. Given this is a two man firm, a well known fact, and testimony will indicate that the only professional responsible for the underlying creditor is the proposed defendant, the movant appears to be inventing multiple parties for reasons that are in fact harassing.

10. That while settlement negotiations are not admissible, the fact that they took place immediately upon receipt of the complaint and prior to a motion to dismiss, would also be indicia of bad faith and harassment.

WHEREFORE, the defendants herein and the proposed defendant request that the motion be denied, and costs and fees be awarded under 28 USC 1927 for unnecessarily compounding litigation and requiring a response to the motion. Costs and attorney fees in the amount of $1,500.00 appear to be reasonable.

Respectfully submitted,

/s/ *Thomas J. Budzynski*
Thomas J. Budzynski PC
Attorney for Defendants
43777 N. Groesbeck Hwy.
Clinton Twp., MI 48036
(586) 463-5253
lawoffice@tjbudzynskipc.com
P26355

Dated: 10/22/14

                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF MICHIGAN

JEFFREY WELTHER,
                                        Case No. 2:14-cv-11001-SJM-MKM
        Plaintiff,                      Hon. Stephen J. Murphy III
v

SCHLOTTMAN & WAGNER, PC,
a Michigan Professional
Corporation.

        Defendant.                  /

                         BRIEF IN SUPPORT
              ANSWER TO PLAINTIFF'S MOTION (Doc 25)
                 TO FILE FIRST AMENDED COMPLAINT

    Schlottman and Wagner PC, by and through counsel Thomas J. Budzynski, **cite to the Court, MCLA 450.1285(2)** which retains the individual liability of a member of a professional firm for individual acts.

                                        Respectfully submitted,

                                        /s/ Thomas J. Budzynski
                                        Thomas J. Budzynski PC
                                        Attorney for Defendants
                                        43777 N. Groesbeck Hwy.
                                        Clinton Twp., MI 48036
                                        (586) 463-5253
                                        lawoffice@tjbudzynskipc.com
                                        P26355

Dated: 10/22/14

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

JEFFREY WELTHER,

      Plaintiff,

v

SCHLOTTMAN & WAGNER, PC,
a Michigan Professional
Corporation.

      Defendant.             /

Case No. 2:14-cv-11001-SJM-MKM
Hon. Stephen J. Murphy III

CERTIFICATE OF SERVICE
ANSWER TO PLAINTIFF'S MOTION (Doc 25)
TO FILE FIRST AMENDED COMPLAINT

      I hereby certify that on October 22, 2014, I electronically filed the foregoing Paper(s) with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

Gary D. Nitzkin
gnitzkin@creditor-law.com,aburdick@creditor-law.com,sarah@micreditlawyer.com,jlamanna@creditor-law.com
Travis Shackelford
Tshackelford@creditor-law.com

and I hereby certify that I have mailed by United States Postal Service the Paper(s) to the following non-ECF participants:

                              /s/ Marilyn E. Lewis
                              Secretary to
                              Thomas J. Budzynski P26355
                              Thomas J. Budzynski PC
                              Attorney for Defendants
                              43777 Groesbeck Hwy.
                              Clinton Twp., MI 48036
                              (586) 463-5253
                              lawoffice@tjbudzynskipc.com

Dated: 10/22/14